UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **KEVIN A. MOTLEY** | : | |
| **also known as Jerome Motley,** | : | (Under Seal) |
| | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

_____Upon consideration of the Government's Motion to Seal the Indictment, it is hereby

ORDERED, this _____ day of May, 2006, that the Indictment be sealed until further Order of this Court.

_____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

DATE: _____