# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA <br><br> SEALED <br><br> V. <br><br> KEVIN A. MOTLEY | DOCKET NO: <br> **06-144** | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED <br><br> Kevin A. Motley | **FILED** <br><br> JUN 1 4 2006 <br><br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| DOB:          PDID: | | |
| WARRANT ISSUED ON THE BASIS OF:   **INDICTMENT** | DISTRICT OF ARREST | |
| TO:  ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTION OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(A)(iii); and 18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: <br> MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE) <br> U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: <br> 5/26/06 |
|---|---|---|
| CLERK OF COURT: <br> Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE: <br> 5/26/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  5-26-06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  6-14-06 | Sean McLeod DUSM | |
| HIDTA CASE:  Yes  No  X | | OCDETF CASE:  Yes  No  X |

291946