UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 2 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                       Criminal No. 06-144

KEVIN MOTLEY

## ORDER

It is hereby ORDERED that KEVIN A. MOTLEY be transferred from the D.C. Jail to the Correctional Treatment Facility to protect his health.

SO ORDERED

Ellen S. Huvelle
United States District Judge

DATE: June 29, 2006