UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-144 (ESH)** |
| | : | |
| v. | : | |
| | : | |
| **KEVIN A. MOTLEY** | : | |
| **also known as Jerome Motley** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

WHEREUPON, having considered the United States' Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(b), any opposition thereto, and the entire record, it is hereby

**ORDERED**

That the United States' motion hereby is and is **GRANTED**.

_____      _____
DATE                                                            UNITED STATES DISTRICT COURT JUDGE