UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 06-144 (ESH) |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN A. MOTLEY** | : | |
| **also known as Jerome Motley** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, and any oppositions thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his convictions set out in the government's motion.

_____
UNITED STATES DISTRICT COURT JUDGE