**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 06-144 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **KEVIN MOTLEY** | : | |

**NOTICE OF APPEARANCE**

The United States of America , by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that this case is assigned to Assistant United States Attorney JOCELYN BALLANTINE, Jocelyn.Ballantine@usdoj.gov and this notice is notice of her appearance as co-counsel with Assistant United States Attorney Ann H Petalas in this case.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

                /s/
BY:    JOCELYN BALLANTINE
        Assistant United States Attorney
        California Bar 208-267
        555 Fourth Street, N.W. Room 4237
        Washington, D.C. 20530
        (202) 514-7533
        Jocelyn.Ballantine@usdoj.gov