UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-144(ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN MOTLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Jocelyn Ballantine**, at telephone number **(202) 514-7533** and/or email address **Jocelyn.Ballantine2@usdoj.gov**. **Jocelyn Ballantine**, will substitute for former Assistant United States Attorney **Ann H. Petalas** as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____/s/_____
**Jocelyn Ballantine, # 208-267**
**Assistant United States Attorneys**
**Federal Major Crimes**
**555 4th Street, NW, Room 4237**
**Washington, DC 20530**
**(202) 514-7533**