UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-144 (ESH) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 21 U.S.C.§841(a)(1) and §841(b)(1)(A)(iii) |
| KEVIN A. MOTLEY | : | (Unlawful Possession with Intent to |
| also known as Jerome Motley | : | Distribute 50 Grams or More of Cocaine |
| Defendant. | : | of Cocaine Base) |

**FILED**

AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNSEALED

**INFORMATION**

The United States Attorney charges:

On or about June 13, 2006, within the District of Columbia, KEVIN A. MOTLEY, also known as Jerome Motley, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a schedule II narcotic controlled substance, and the amount of said mixture and substance was 50 grams or more.

**(Unlawful Possession with Intent to Distribute 50 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

KENNETH L. WAINSTEIN
United States Attorney
for the District of Columbia
D.C. Bar No. 451058

By: _____
Ann Petalas
D.C. Bar # 24012852
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., RM 4211
Washington, D.C. 20530
(202) 307-0476


SUPERSEDING