UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-144 (ESH) |
| | : | |
| v. | : | |
| | : | **FILED** |
| KEVIN A. MOTLEY | : | (Under Seal) |
| also known as Jerome Motley, | : | AUG 1 6 2006 |
| Defendant. | : | UNSEALED NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### MOTION TO SEAL

The United States respectfully moves this Court to place under seal until further notice of the Court, the Information, the Motion to Seal and the Court's order to seal. In support thereof, the following is shown:

The sealing is necessary because the Information, plea agreement and related pleadings contain sensitive information, and disclosure of which would not be in the interest of the defendant, the government, or the public. As part of his plea agreement, the defendant has agreed to plead guilty to the information and cooperate with the government, accordingly, it is essential that the information, as well as the fact of his pleading guilty, be kept sealed for the time being. Therefore, the government respectfully requests that the Court grant the government's motion. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar No. 451058

ANN PETALAS
Assistant United States Attorney
555 4th Street, N.W., Room 4211
Washington, DC  20530
(202) 307-0476

