UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-144 (ESH) |
| | : | |
| v. | : | **FILED** |
| | : | |
| KEVIN A. MOTLEY | : | (Under Seal)   AUG 1 6 2006 |
| also known as Jerome Motley, | : | |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**   UNSEALED

Upon consideration of the Government's Motion to Seal the Information, it is hereby

ORDERED, this ___16___ day of August, 2006, that the Information be sealed until further Order of this Court.

_____
UNITED STATES DISTRICT COURT JUDGE

DATE: 8/16/06