UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-144 (ESH) |
| v. | : | |
| KEVIN A. MOTLEY<br>also known as Jerome Motley, | : | UNDER SEAL |
| Defendant. | : | UNSEALED |

FILED AUG 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PROFFER

The defendant, **KEVIN A. MOTLEY**, agrees that if the Government were to go to trial on Count One of the Information, the Government's evidence, as to the essential elements of the offense, would show:

On or about June 13, 2006, within the District of Columbia, KEVIN A. MOTLEY, also known as Jerome Motley, went to the 4200 Block of Nannie Helen Burroughs Avenue, Northeast, for the purpose of selling 125 grams of crack cocaine to another person in exchange for $3,500. Once at that location, the defendant met with that person in the front seat of a Toyota Forerunner. The defendant retrieved a plastic bag containing approximately 125 grams of crack cocaine base, also known as crack, from his left pants pocket and placed it on the front console. He then took $2,000 from the other person. Officers of the Metropolitan Police Department then moved in and arrested the defendant.

The defendant had previously sold cocaine base, also known as crack cocaine, to this person on four separate occasions. On each of these occasions, the defendant sold that person approximately 62 grams of cocaine base, also known as crack cocaine, in exchange for $1,800. Furthermore, on May 19, 2005, the police executed a search warrant on the defendant's apartment and recovered two



pistols, a Beretta .25 caliber pistol and a Glock 9MM pistol, from the defendant's bedroom.

This proffer of evidence is not intended to constitute a complete statement of all facts known by MOTLEY but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. MOTLEY has provided additional information to the United States, which is not contained herein. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the Information.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar No. 451058

        _____
        ANN H. PETALAS
        Assistant United States Attorney
        TX Bar No. 24012852
        555 Fourth Street, N.W., Room 4211
        Washington, DC 20530
        (202) 307-0476

## DEFENDANT'S ACCEPTANCE

I have read the foregoing Proffer of Evidence. I have discussed this proffer fully with my attorney, H. Heather Shaner. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 8-16-06

        _____
        KEVIN A. MOTLEY
        Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

    I have read each of the two pages constituting the government's proffer of evidence. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 8-16-06

H. HEATHER SHANER
Counsel for Kevin A. Motley