AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Kevin A. Motley

WAIVER OF INDICTMENT

UNSEALED

CASE NUMBER: 06-144 (ESH)

I, __Kevin A Motley__, the above named defendant, who is accused of

**FILED**

**AUG 1 6 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8-16-06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____Kevin Motley_____
Defendant

_____TH H Shrive_____
Counsel for Defendant

Before __Ellen S Huvch__
Judicial Officer