UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**SEALED**

**UNSEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. 06-144(ESH) |
| v. | **FILED**<br>MAY 1 8 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| KEVIN A. MOTLEY | |

### MOTION TO UNSEAL PLEA TO PERMIT TRANSCRIPTION

Kevin Motley, through counsel, respectfully moves to have the Plea Hearing, on August 16, 2006, unsealed so that the official court reporter may transcribe the proceedings for counsel.

Respectfully submitted,

H. Heather Shaner, Esq.
Bar # 273 276
Appointed by the Court for Kevin Motley
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210



## CERTIFICATE OF SERVICE

      A copy of this Motion was telefaxed to AUSA Ballentine this 17th day of May 2007.

By: *[signature]*
H. Heather Shaner