UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-144 (ESH) |
| v. | : | *UNDER SEAL* |
| | : | UNSEALED |
| KEVIN MOTLEY | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address Jocelyn.Ballantine2@usdoj.gov, and that Assistant United States Attorney Michael Truscott no longer represents the United States in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

BY: _____
JOCELYN S. BALLANTINE
Assistant United States Attorney
C.A. Bar No. 208267
555 4th Street, N.W. Room 4237
Washington, DC 20530

FILED
MAY 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by facsimile upon the attorney for the defendant, Heather Shaner, this 30th day of May, 2007.

_____
ASSISTANT UNITED STATES ATTORNEY