UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNSEALED

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. 06-144(ESH) |
| v. | SEALED |
| KEVIN A. MOTLEY | FILED |

**ORDER**

MAY 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is Ordered this ___5/31/07___ that the plea hearing of August 16, 2006 be unsealed for the purpose of transcription. for defense counsel only. *r* use by

So Ordered.

_____Ellen S Huvelle_____
Honorable Ellen S. Huvelle
Judge U.S. District Court