UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNDER SEAL                                    UNSEALED

UNITED STATES OF AMERICA                    CR. 06-144(ESH)

v.

KEVIN A. MOTLEY

FILED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MOTION TO MODIFY SENTENCING DATE**

Kevin Motley, through counsel, respectfully moves to have the Sentencing Hearing, now set for 11 AM on September 5, 2007, reset for 9:00 AM or for any time on September 4, 2007. Counsel recently was scheduled for non elective surgery on September 5th in the PM and will not be available for an 11 AM sentencing.

Respectfully submitted,

/s/ H. H. Shaner

H. Heather Shaner, Esq.
Bar # 273 276
Appointed by the Court for Kevin Motley
1702 S St. N.W.
Washington, D.C. 20009
Tel. 202 265 8210

## CERTIFICATE OF SERVICE

A copy of this Motion was telefaxed to AUSA Ballentine this 14th day of August 2007.

By: *H. Heather Shaner* (signature)
H. Heather Shaner