UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNSEALED

SEALED

UNITED STATES OF AMERICA

CR. 06-144 - ESH

v.

KEVIN A. MOTLEY

FILED
AUG 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

It is Ordered this 8/17/07 that the Sentencing Hearing be rescheduled to 9/7/07 at 2:30.

So Ordered.

_____
Honorable Ellen S. Huvelle
Judge U.S. District Court

CC: Ann Petalas
    Prob. Dept
    Heather Shaner.