# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

        v.                Cr. 06-144

KEVIN MOTLEY

## NOTICE OF APPEAL

Name and Address of Appellant:    KEVIN MOTLEY

                                        DCDC 259 463
                                        Bureau of Prisons

Name and Address of Attorney:    H. Heather Shaner
                                        1702 S St. N.W.
                                        Washington, D.C. 20009

Offense:        21 USC 841(a)(a) and (b)(1)(A)(iii)

Judgment:      120 months credit for time served   July 22, 2008

Institution where Confined:        CTF

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the Disctrict of Columbia Circuit, from the above stated judgment.

        _____/s/_____
        H. Heather Shaner # 273276
        Attorney for Appellant

CJA, NO FEE

| | |
|---|---|
| Does counsel wish to appear on appeal? | NO |
| Has counsel ordered transcripts? | NO |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | NO |